191 So.2d 639

### Joe FLOWERS

v.

### E. M. TOUSSEL OIL CO. and The Employ-ers Liability Assurance Corporation.

No. 48438.

Nov. 18, 1966.

In re: Joe Flowers applying for certi-orari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 190 So.2d 147.

Writ-refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.

■

191 So.2d 639

### Hypolite R. LEZINA, Gustave J. Lepine, and Jake Pasqua

v.

### FOURTH JEFFERSON DRAINAGE DIS-TRICT and Bituminous Cas-ualty Corporation.

No. 48450.

Nov. 18, 1966.

In re: Fourth Jefferson Drainage Dis-trict (Parish of Jefferson) applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Jefferson. 190 So.2d 102.

Writ refused. The result reached by the Court of Appeal is correct.

McCALEB, J., is of the opinion that a writ should be granted, but limited to a consideration of the question of the liability of Bituminous Casualty Corporation on its policy of insurance.